UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JHONATAN MEKER P.C.,[1]

    Petitioner,

    v.

TAE D. JOHNSON, et al.,

    Respondents.

No.  1:26-cv-02206-TLN-SCR

(A# 240-330-576)

**ORDER**

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241.  The matter was referred to the assigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 4, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  (ECF No. 17.)  Petitioner filed objections to the findings and recommendations, arguing that he received ineffective assistance of counsel during his removal proceedings and that 8 U.S.C. § 1252(g) notwithstanding, the Court

---

[1]     The Court omits Petitioner's full name to protect sensitive personal information.  *See* Memorandum Re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1

retains authority to prevent constitutional violations.  (ECF No. 20.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file and considered the objections, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations (ECF No. 17) are adopted in full.

2.    Respondents' motion to dissolve the Court's no-transfer orders (ECF No. 16) is GRANTED.

3.    The Court's no-transfer orders (ECF Nos. 6, 11) are LIFTED.

4.    Petitioner's emergency motion to stay removal (ECF No. 15) is DENIED.

IT IS SO ORDERED.

Date: June 19, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2