UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JHONATAN MEKER PALOMINO CASALLO (A# 240-330-576),<br>Petitioner,<br>v.<br>TAE D. JOHNSON, et al.,<br>Respondents. | No. 1:26-cv-02206 TLN SCR<br><br>ORDER &<br>FINDINGS & RECOMMENDATIONS |

On July 8, 2026, in light of Chief District Judge Nunley's order lifting the "no-transfer" orders in this action and the expiration of the 90-day removal period, 8 U.S.C. § 1231(a)(1)(A), the undersigned directed Respondents to file an updated status report indicating whether Petitioner has been removed, released on supervision, or his detention is continuing. ECF No. 24. In response, Respondents notified that Court that Petitioner was removed from the United States on June 30, 2026, and requested that the action be dismissed as moot. ECF No. 25.

The undersigned agrees that Petitioner's removal moots his pending challenge to his immigration detention. See Abdala v. I.N.S., 488 F.3d 1061, 1065 (9th Cir. 2007) (holding that since petitioner's "habeas claims challenged only the length of his detention, as distinguished from the lawfulness of the deportation order . . . [h]is petition was… moot by his removal."). As a result, the undersigned recommends that Petitioner habeas petition be dismissed.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to appoint counsel (ECF No. 4) is DENIED as moot.

Additionally, IT IS HEREBY RECOMMENDED that Petitioner's application for a writ of habeas corpus (ECF No. 1) be dismissed as moot based on Petitioner's removal from the United States.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within **fourteen days** after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 3, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE